Fill in this information to identify the case:

Debtor name __Myrtle Throop Inc__

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NYCTL | Address on file | | | | | |
| 2 | US Bank | Address on file | | | | | |
| 3 | Partners for Payment Relief | Address on file | | | | | |
| 4 | Bagad Realty LLC | Address on file | | | | | |
| 5 | Con Edison | Address on file | | | | | |
| 6 | National Grid | Address on file | | | | | |
| 7 | NYC DEP | Address on file | | | | | |
| 8 | NYC DOF | Address on file | | | | | |

Debtor **Myrtle Throop Inc.**   Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Rock Fraser LLC | Address on list | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

## CREDITORS MATRIX

BAGAD REALTY LLC 694 Myrtle Avenue Brooklyn, New York 11205

CON EDISON- 4 Irving Place, NY, NY 10003

NATIONAL GRID-

NEW YORK CITY DEPARTMENT OF FINANCE 100 Church Street New York, New York 10007

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE W.A. Harriman Campus Building 9, Albany, New York 12227

NYCTL 2019-A TRUST, and THE BANK OF NEW YORK MELLON as Collateral Agent and Custodian for the NYCTL 2019-A Trust,

PARTNERS FOR PAYMENT RELIEF DE II LLC 3748 West Chester Pike, Suite 103 Newton Square, PA 19073

ROCK FRASER LLC 16 Fraser Avenue Monticello, New York 12701

U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLM1 TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-MLN1 425 Walnut Street Cincinnati, Ohio 45202